UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHELSEY MITCHELL | * | CIVIL ACTION |
| VERSUS | * | NO. 26-448 |
| INSPIRENOLA CHARTER SCHOOLS, ET AL. | * | SECTION "I" (2) |

## ORDER

This matter was removed from Civil District Court on March 2, 2026.  ECF No. 1. A review of the record indicates that service of the First Supplemental and Amended Petition as to defendant, Alice Harte Charter School, was effected on February 3, 2026. ECF No. 1-1 at  17. As of this date, no responsive pleadings have been filed on behalf of defendant, Alice Harte Charter School. Accordingly,

**IT IS ORDERED** that, on or before **JULY 2, 2026,** Plaintiff shall obtain responsive pleadings or move for entry of preliminary default as to defendant, Alice Harte Charter School. Failure to do so may result in the recommendation to dismiss all claims against defendant, Alice Harte Charter School, for failure to prosecute.

New Orleans, Louisiana, this __11th__ day of June, 2026.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE